IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA      :     CASE NO. 3:08CR093-WHR

    v.                          :

**JOHN D. BRAY**              :    <u>ORDER FOR DISMISSAL OF</u>
                                     <u>INDICTMENT</u>
                              :

- - - - - - - - - - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Indictment filed with the Court in the above captioned case on July 19, 2008 as to **JOHN D. BRAY** is hereby dismissed without prejudice.


DATE:  <u>4.10.12</u>                       _____
                                 WALTER H. RICE
                                 U.S. District Court Judge